Morris Schwartz, Henry Schwartz, Fanny Schwartz, and Hermine Schwartz, a Co-partnership Trading as Barrel Fitting and Seal Company, Appellants, v. American Flange and Manufacturing Company, Appellee.

Gen. No. 45,350.

Thiess, Olson & Mecklenburger, for appellants; Thorley von Holst, of counsel; Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Jack I. Levy, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed June 1, 1951; rehearing denied June 13, 1951; released for publication June 22, 1951.